MARY L. MEEHAN, as Administratrix of the Estate of JAMES MEEHAN, Deceased, Respondent, *v.* THE ATLAS SAFE-MOVING AND MACHINERY TRUCKAGE COMPANY, Appellant.

*Meehan* v. *Atlas Safe-Moving & M. Tr. Co.*, 103 App. Div. 609, affirmed.
(Argued May 22, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through defendant's negligence.

*George Gordon Battle* and *Frederick E. Fishel* for appellant.

*Herbert C. Smyth, Millard F. Tompkins* and *P. H. Delehanty* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.